**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

Daryl Ward Davey, Civil No. 00-2086 (DWF/RLE)

Petitioner,

v. **ORDER**

State of Minnesota, Minnstar Bank National Association, Randy J. Zellmer, James D. Mason, and Several John Does,

Respondents.

---

Daryl Ward Davey, Pro Se, 1522 Riverfront Drive North, Mankato, MN 56001, Petitioner.

Ross E. Arneson, Blue Earth County Attorney, Blue Earth County Government Center, P.O. Box 8608, Mankato, MN 56002-8608, Counsel for Respondents.

---

This matter is before the Court upon Petitioner's purported objections to what the Petitioner describes as a Report and Recommendation of Magistrate Judge Raymond L. Erickson dated September 21, 2000. Whether the Court treats the response of the Petitioner as objections to a purported Report and Recommendation or as an appeal from an Order of a Magistrate Judge, the result is the same in this instance.

The Court must modify or set aside any portion of a Magistrate Judge's order found to be clearly erroneous or contrary to law. *See* 28 U.S.C. § 636(b)(1)(A); Fed. R. Civ. P. 72(a); Local Rule 72.1(b)(2). Alternatively, if the Court were to treat the order of Magistrate Judge Erickson as a Report and Recommendation, which it is not, the Court would conduct a *de novo* review of the record. 28 U.S.C. § 636(b)(1); Local Rule 72.1(c).

FILED NOV 17 2000
FRANCIS E. DOSAL CLERK
JUDGMENT ENTD
DEPUTY CLERK

Based upon the Court's review of the record and the Court having reviewed the arguments and submissions of the Petitioner, and the Court being otherwise duly advised in the premises, the Court hereby enters the following:

**ORDER**

1. Magistrate Judge Raymond L. Erickson's Order of September 21, 2000 (Doc. No. 2) is **AFFIRMED.**

2. Alternatively, Magistrate Judge Raymond L. Erickson's Order of September 21, 2000 (Doc No. 2) is **ADOPTED** in all respects.

3. The Clerk of Court shall return to the Petitioner the instant petition for a writ of habeas corpus.

4. Pursuant to Rule 2(e), Rules Governing Section 2254 Cases in the United States District Courts, the Clerk of Court shall retain a copy of the original petition in the Court's official file.

5. That should the Petitioner wish to pursue this action, then by no later than 20 days from the date of this order, he is to file an amended complaint, which contains allegations that will allow the Court to exercise jurisdiction.

Dated: November 17, 2000

DONOVAN W. FRANK
Judge of United States District Court

## MEMORANDUM

The Petitioner filed objections to the Order of Magistrate Judge Raymond L. Erickson, treating it as a Report and Recommendation. The Order of Magistrate Judge Erickson filed on September 21, 2000, is not a Report and Recommendation.

However, whether the Court evaluates the Petitioner's petition on a *de novo* or on a clearly erroneous or contrary to law basis, the result is the same.

The Clerk of Court has been directed to return to the Petitioner the instant petition for writ of habeas corpus. In the event the Petitioner should wish to pursue the above-entitled action, by no later than 20 days from the date of this Order, he is file an amended complaint which contains allegations that would allow the Court to exercise its jurisdiction. In the event that is done, the Magistrate Judge will proceed in the appropriate fashion.

D.W.F.