**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

DARYL WARK DAVEY,

Petitioner,

v.

STATE OF MINNESOTA, MINNSTAR BANK NATIONAL ASSOCIATION, RANDY J. ZELLMER, JAMES D. MASON, and JOHN DOE, Several,

Respondents.

Civil No. 00-2086 (DWF/RLE)

**ORDER OF DISMISSAL**

The petitioner has failed to file an amended complaint as requested in this court's order dated November 17, 2000. Therefore,

**IT IS ORDERED** that this action is hereby dismissed, with prejudice.

Dated: January 5, 2001

DONOVAN W. FRANK
Judge of United States District Court

Filed JAN - 5 2001
Francis E. Dosal, Clerk
Judgment Entered ______________
Deputy Clerk's Initials ______________